HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
BRANDON GREGORY JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00405 AWI-BAM-1 |
| *Plaintiff,* | STIPULATION TO SET A DE NOVO DETENTION HEARING; ORDER |
| vs. | |
| BRANDON GREGORY JONES, | Date: January 6, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Anthony W. Ishii |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly, A. Sanchez, Counsel for Plaintiff, and Assistant Federal Defender, Andras Farkas, Counsel for Defendant, Brandon Gregory Jones, that a de novo detention hearing be set for January 6, 2014, at 1:30 p.m., in front of Senior Judge Anthony W. Ishii.

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

Dated: December 19, 2013                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                         */s/ Kimberly Sanchez*
                                        KIMBERLY A. SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Dated: December 19, 2013

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Andras Farkas*
                                        ANDRAS FARKAS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BRANDON G. JONES

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, a de novo detention hearing is set for January 6, 2014, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   December 20, 2013              _____
                                        SENIOR DISTRICT JUDGE