1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANDRAS FARKAS, Bar #254302
3  Assistant Federal Defender
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
5  Telephone: (559) 487-5561

6
   Counsel for Defendant
7  BRANDON G. JONES

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,         ) Case No.  1:13-CR-00405 AWI-BAM-1
                                      )
12            *Plaintiff,*             ) STIPULATION TO SET BAIL REVIEW
                                      ) HEARING; ORDER THEREON
13       vs.                          )
                                      ) DATE: February 3, 2014
14  BRANDON GREGORY JONES,            ) TIME:   1:30 p.m.
15                                    ) JUDGE: Hon. Anthony W. Ishii
              *Defendant.*             )
16                                    )
17  _____   )

18

19       **IT IS HEREBY STIPULATED** by and between the parties hereto through their

20  respective counsel, that a bail review hearing be set for February 3, 2014 at 1:30 p.m. before the

21  Honorable Anthony W. Ishii.

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: January 28, 2014          /s/ Kimberly Sanchez
                                 KIMBERLY SANCHEZ
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender

Dated: January 28, 2014          /s/ Andras Farkas
                                 ANDRAS FARKAS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 BRANDON G. JONES




**O R D E R**

IT IS SO ORDERED.

Dated:   January 28, 2014        _____
                                 SENIOR DISTRICT JUDGE

JONES: Stipulation to Set Bail Review Hearing

2