| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ANDRAS FARKAS, #254302 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: 559.487.5561/Fax: 559.487.5950 |
| 5 | Attorney for Defendant |
| | BRANDON GREGORY JONES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00405 AWI-BAM-1 |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; ORDER |
| vs. | ) | |
| | ) | Date: March 10, 2014 |
| BRANDON G. JONES, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, Counsel for Plaintiff, and Assistant Federal Defender, Andras Farkas, Counsel for Defendant, Brandon G. Jones, that the status conference hearing set for March 3, 2014 at 10:00 a.m., **may be rescheduled to March 10, 2014 at 10:00 a.m.**

The continuance is requested due to the unavailability of defense counsel. The requested continuance will conserve time and resources for both parties and the court. Ms. Kimberly Sanchez has no objection to this request.

/ / /

/ / /

/ / /

/ / /

Stipulation to Continue Status Conference Hearing -1-

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: February 25, 2014 /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: February 25, 2014 /s/ Andras Farkas
ANDRAS FARKAS
Assistant Federal Defender
Attorney for Defendant
BRANDON G. JONES

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated: February 25, 2014

SENIOR DISTRICT JUDGE