BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00405-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| GEORGE EARL SMITH, and BRANDON JONES, | |
| Defendants. | |

WHEREAS, on January 14, 2014, July 11, 2014, and February 27, 2015, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants George Earl Smith and Brandon Jones in the following property:

    a. A .40 caliber Glock handgun,

    b. A Ruger, .45 caliber Glock handgun,

    c. Approximately $699 in U.S. Currency[1], and

    d. All ammunition seized in this case.

AND WHEREAS, beginning on January 25, 2014, August 2, 2014, and again on March 18, 2015, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said

---

[1] The seized approximately $699 in U.S. Currency is in state custody.

1      Final Order of Forfeiture

published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of George Earl Smith and Brandon Jones.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: November 30, 2015

_____
SENIOR DISTRICT JUDGE